# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Lisa Crowley

Case No.: 16-14692

Hearing Date: _____

Chapter: 13

Judge: Poslusny

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4C
Mitchell C. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** February 24, 2017 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 1/25/17

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 25, 2017 this notice was served on the following:
Debtor, Debtor's Attorney, Trustee,

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Crowley  
    Debtor

Case No. 16-14692-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 25, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.  
db           +Lisa Crowley,    18 Persimmon Street,    Sicklerville, NJ 08081-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Joshua I. Goldman    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Moshe Rothenberg    on behalf of Debtor Lisa Crowley moshe@mosherothenberg.com, alyson@mosherothenberg.com  
           Tammy L. Terrell    on behalf of Creditor    NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING bankruptcy@feinsuch.com  
                                                                                                         TOTAL: 6