# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–14692–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa Crowley
  18 Persimmon Street
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–9834

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/24/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 24, 2017
JAN: cmf

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 16-14692-JNP
Lisa Crowley                                                              Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Feb 24, 2017
                               Form ID: 148                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db             +Lisa Crowley,    18 Persimmon Street,    Sicklerville, NJ 08081-1626
516054751      +ARS Accounts Recievables,    Suite 100 1643 Harrison Parkway,    Sunrise, FL 33323-2857
516251926       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
516187848       New Penn Financial, LLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
516054759       Palisades Collection,    PO Box 9006 Law Offices Of Mitchell Kay,    Smithtown, NY 11787-9006
516054760       Shellpoint Loan Servicing,    PO Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 23:19:02     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 23:18:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516172295       EDI: BL-BECKET.COM Feb 24 2017 23:13:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
516054752      +EDI: CAPITALONE.COM Feb 24 2017 23:13:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
516054753      +EDI: CHASE.COM Feb 24 2017 23:13:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516054754      +EDI: WFNNB.COM Feb 24 2017 23:13:00      Comenity Bank,   PO Box 182789,
                 Columbus, OH 43218-2789
516054755      +EDI: CBSKOHLS.COM Feb 24 2017 23:13:00      Kohls,   PO Box 3115,   Milwaukee, WI 53201-3115
516054756      +EDI: RESURGENT.COM Feb 24 2017 23:13:00      LVNV Fuding,   PO Box 10497,
                 Greenville, SC 29603-0497
516054757      +EDI: MID8.COM Feb 24 2017 23:13:00      Midland Funding,   Suite 200 8875 Aero Drive,
                 San Diego, CA 92123-2255
516054758      +E-mail/Text: Bankruptcy@nslp.org Feb 24 2017 23:18:57      National Student Loan,
                 1300 O Street,    Lincoln, NE 68508-1511
516084926       E-mail/Text: ebn@vativrecovery.com Feb 24 2017 23:18:46      Palisades Acquisition XVIII,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,    Houston, TX 77240-0728
516072768       EDI: Q3G.COM Feb 24 2017 23:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516054761      +EDI: RMSC.COM Feb 24 2017 23:13:00      SYNCB,   PO Box 965005,   Orlando, FL 32896-5005
516054762       EDI: WTRRNBANK.COM Feb 24 2017 23:13:00      Target National Bank,   3901 West 53rd Street,
                 Sioux Falls, SD 57106-4216
516054763      +EDI: WFFC.COM Feb 24 2017 23:13:00      Wells Fargo Financial,   4143 121st Street,
                 Urbandale, IA 50323-2310
                                                                                             TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Feb 24, 2017
                               Form ID: 148               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Moshe  Rothenberg    on behalf of Debtor Lisa  Crowley moshe@mosherothenberg.com, alyson@mosherothenberg.com

        Tammy L. Terrell    on behalf of Creditor    NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING bankruptcy@feinsuch.com

        TOTAL: 6